# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GOLDEN GATE NATIONAL SENIOR CARE, LLC, et al.,** | : | |
| Petitioners | : | No. 1:15-cv-00174 |
| | : | |
| v. | : | |
| | : | |
| | : | (Judge Kane) |
| **DONA SULPIZIO, as Administratrix for the Estate of ZOPITO JOHN SULPIZIO,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 14th day of August 2015, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** a period of arbitration-related discovery shall commence on this day and extend for sixty (60) days. The parties are directed to file either dispositive motions or status updates within ten (10) days after the discovery period has ended.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania